UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Julyen Alonzo Martin,<br><br>      Plaintiff,<br><br>v.<br><br>Joel Brott; County of Sherburne; Pat Carr, Jail Commander; Sgt. Tom Zerwas, Jail Captain; Nicholas Eckstrom, Jail Sergeant; Joshua Jesburg, Jail Sergeant; Moody, Jail Sergeant; Amanda, Deputy; Walker, Deputy; Minkle, Deputy; Lisa Morgan, Deputy; Jenn Thompson, Well Path Employee; Kolton Jacobson, Well Path Employee, Ordering Provider; Mary Anne Thesing, Well Path Employee, Ordering Provider; Torie Elizabeth Guadagni, Well Path Employee, Ordering Provider; Kelli Hayen, Well Path Employee, Ordering Provider; Fraboni Americo, Well Path Employee, Ordering Provider; Amy Engle, Well Path Employee, Ordering Provider, and other yet to be named R.N.'s, N.P's, L.P.N's, Supervisory Staff, and Medical Providers; and Anne Herbst, Corporal, in their individual, official capacities,<br><br>      Defendants. | Case No. 24-cv-964 PJS/ECW<br><br>**ORDER** |

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated January 6, 2025, all the files and records, and no objections having been filed to said Report and Recommendation, **IT IS HEREBY ORDERED** that Plaintiff Julyen Martin's Motion for Default Judgment (Dkt. 38) is **DENIED.**

DATED: 2/4/25                              *s/Patrick J. Schiltz*
                                                     PATRICK J. SCHILTZ
                                                     United States Chief District Court Judge