## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Julyen Alonzo Martin,

    Plaintiff,

v.

Joel Brott et al.,

    Defendants.

Case No. 24-cv-0964 PJS/ECW

**ORDER**

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated May 16, 2025, all the files and records, and no objections having been filed to said Report and Recommendation, **IT IS HEREBY ORDERED** that:

    1.    Defendants Sherburne County, Joel Brott, Pat Carr, Amanda Gardner, Nicholas Eckstrom, Anne Herbst, Joshua Jesburg, Alek Minkel, Nicholas Moody, Laura Morgan, Eleazar Walker, and Tom Zerwas's Motion to Dismiss or, in the Alternative, Motion for a More Definite Statement (Dkt. 57) is **DENIED** insofar as it seeks to dismiss the Amended Complaint; and

    2.    Defendants Wellpath, Jen Thomson, Kolton Jacobson, Mary Anne Thesing, Torie Elizabeth Guadagni, Kelli Hayen, Fraboni Americo, and Amy Engle's Motion to Dismiss (Dkt. 50) is **DENIED** without prejudice in view of the bankruptcy stay.

DATED: June 16, 2025                              /s/ Patrick J. Schiltz
                                                                                                    PATRICK J. SCHILTZ
                                                                                                    United States Chief District Judge